## STATEMENT OF FACTS

On April 4, 2013, members of the Metropolitan Police Department's Narcotics and Special Investigations Division and Special Agents for the Federal Bureau of Investigation concluded an investigation involving subjects planning a violent robbery. At the outset, the defendants were told that the undercover police officers (UC) were looking for a crew to rob a liquor store with firearms. The officers told the defendants they would get cash and narcotics from the liquor store, which would be split between the defendants and the undercover officers. After multiple meetings with UCs, all of which occurred within the District of Columbia, defendant Trevor Hopkins agreed to bring three other subjects, later identified as defendants Darnell Wallace, Darius McKeever, and Kenneth Benny-Dean to meet at 175 R Street, N.E., Washington, D.C. The defendants arrived at the location and were greeted by a UC. The UC had defendants Hopkins and Wallace get inside a UC vehicle equipped with surveillance audio and video. Once inside the vehicle the UC showed the defendants two guns that were to be used in the robbery. Both defendants handled the guns to make sure they were operable. The UC then told the defendants to go upstairs to meet with the other UC officers in a undercover location. The room was equipped with video and audio recording devices and the entire meeting was recorded. All four defendants were present at this meeting. All four defendants sat down and discussed the details of the robbery with UC officers, agreed to commit the robbery, and they even discussed murdering the owner of the liquor store, if he was not cooperative. All four agreed to the robbery plan and engaged in a celebratory "toast" in anticipation of the robbery plan. Once the robbery agreement was reached, the UC officer signaled the uniformed police officers in the arrest team, who moved in and placed all four defendants under arrest. Defendant McKeever waived his <u>Miranda</u> rights and admitted to police that he was going to be involved in the commission of a robbery and that defendant Benny-Dean was going to be the look out and driver.

_____
OFFICER ALVIN CARDINAL
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF APRIL, 2013.

_____
U.S. MAGISTRATE JUDGE